IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL M. CARR, | : |
|     Plaintiff, | : No. 2:19-cv-01133-CB |
| v. | : *Electronically Filed* |
| COMMUNITY COLLEGE OF ALLEGHENY COUNTY, *et al.*, | : **JURY TRIAL DEMANDED** |
|     Defendants. | : |

## **PLAINTIFF'S 26(a)(2) EXPERT DISCLOSURES**

Plaintiff, by his counsel, hereby serves the following Expert Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2):

**(1)** Brett Creasy, CISSP, CCE, GCFA
President and Director of Digital Forensics
bit-x-bit, LLC
c/o Counsel for Plaintiff
(Report and CV attached)

**(2)** R. Matthew Hanak, II, JD, MBA
Forensic Economist, Managing Partner
Forensic Human Resources, LLC
c/o Counsel for Plaintiff
(Report and CV attached)

Respectfully submitted,

THE LAW OFFICES OF TIMOTHY P. O'BRIEN

/s/ Alec B. Wright
Alec B. Wright
Pa. ID No. 316657

Henry W. Oliver Building
535 Smithfield Street, Suite 1025
Pittsburgh, PA 15222
(412) 232-4400

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via this Court's CM/ECF electronic filing system on all counsel and parties of record.

/s/ Alec B. Wright
*Counsel for Plaintiff*